■ NORMAN M. OBEDIN et al., Respondents, v. JOSEPH MASIELLO et al., Appellants. PATSY W. CRISPO et al., Appellants, v. NORMAN M. OBEDIN et al., Respondents.— Motion to dismiss appeal denied on condition that appellants argue or submit the appeal at the January 1961 Term. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 15, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOHN W. PRIDDY et al., Appellants, v. JOSEPH P. PLONSKI et al., Constituting the Zoning Board of Appeals of the Town of Huntington, Respondents. — Motion to dismiss appeal granted on consent, without costs. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM CARROLL, Appellant.— Motion to dismiss appeal granted. Appellant concedes that he failed to serve or file his notice of appeal within the time prescribed by law. Motion for leave to prosecute the appeal as a poor person and for other relief dismissed as academic in view of the decision herein. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWIN CHASE, Appellant.— Motion to enlarge time to perfect the appeal granted; appellant's time enlarged to the January 1961 term. The appeal is ordered to be placed on the calendar for said term. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD DAVIS-EL, Appellant.— Motion to dismiss appeal denied on condition that appellant argue or submit the appeal at the January 1961 Term. The appeal is ordered to be placed on the calendar for said term. Appellant's time to perfect his appeal is enlarged accordingly. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DE GRANDIS, FRANK DE FORTE and ERNEST ZUNDEL, Appellants.— Motion to dispense with printing, granted to the extent of dispensing with the printing of the record. The appeal will be heard on the original papers (including the typewritten minutes and original exhibits). The briefs, however, must be printed. Appellants' time to perfect the appeal is enlarged to the January 1961 Term. The appeal is ordered to be placed on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HURST, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy. The appellant's time to perfect the appeal is enlarged to the January 1961 Term; appeal ordered to be placed on the calendar for said term. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS NASH, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his typewritten brief and to serve one copy thereof on the District Attorney. The appellant's time to perfect the appeal is enlarged to the January 1961 Term; appeal ordered to be placed on the calendar for said January 1961 Term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New